O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTURY SURETY COMPANY, | ) | Case No. CV 09-06085 DDP (JEMx) |
| Plaintiff, | ) ) ) | **ORDER TO SHOW CAUSE REGARDING AMOUNT IN CONTROVERSY** |
| v. | ) ) | |
| J QUINN CONSTRUCTION, | ) ) | |
| Defendant. | ) ) ) | |

It is not clear to the Court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the Court orders the parties to file supplemental briefing, not to exceed ten pages, within ten (10) days of the date of this order, to show cause why this case should not be dismissed for failure to establish subject matter jurisdiction. If a party does not file a brief, the Court will regard that party as not opposing dismissal of this matter.

IT IS SO ORDERED.

Dated: September 18, 2009

DEAN D. PREGERSON
United States District Judge